**DENY; Opinion Filed February 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00255-CV

### IN RE MARCEL L. WILLIAMS, Relator

**Original Proceeding from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F16-42251-U**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Osborne, and Justice Reichek
Opinion by Chief Justice Burns

Marcel L. Williams filed a petition for writ of mandamus complaining that court reporter Sasha Brooks has not filed the reporter's record in Mr. Williams' direct appeal (appellate cause #05-19-01022-CR), despite the Court's order instructing Ms. Brooks to do so.

We have no authority to issue a writ of mandamus to a court reporter or the district clerk unless they are interfering with our appellate jurisdiction. *See* TEX. GOV'T. CODE. ANN. §§ 22.221(a), (b); *In re Strickhausen*, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam) (no authority to issue writ of mandamus to court reporter or district clerk unless they are

interfering with appellate court's appellate jurisdiction.); *Lesikar v. Anthony*, 750 S.W.2d 338, 339 (Tex. App.—Houston [1st Dist.] 1988, orig. proceeding) (same).

We deny the petition for writ of mandamus.


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200255F.P05